LONNY-HILDE BLUMENSTEIN-JACOBSOHN, Appellant, v. LUDWIG WOLF et al., Respondents.— Order unanimously affirmed, with $20 costs and dis-

bursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.